UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MAYDINE S. ANDERSON,

                          **Plaintiff,**

         -against-

COMMISSIONER OF SOCIAL SECURITY,

                        **Defendant.**

-----------------------------------------------------------------X

**25-CV-07268 (DEH)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2025

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the recent lapse in government funding and pursuant to the Amended Standing

Order 25-mc-00433, all deadlines shall be extended by the number of days between September

30, 2025, and the restoration of federal funding. Absent further order by the Court, Defendant

shall file the Electronic Certified Administrative Record by no later than Tuesday, December 23,

2025.

**SO ORDERED.**

                                       _____
                                       SARAH NETBURN
                                       United States Magistrate Judge

DATED:      November 13, 2025
               New York, New York